William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY (CAMDEN)

---

| | |
|---|---|
| KENNETH BARBAGLI, JR., <br>        Plaintiff, | CASE NO. 1:11-cv-04921-JHR-AMD |
| vs. | Judge Joseph H. Rodriguez |
| TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and KEYPOINT GOVERNMENT SOLUTIONS, INC.; <br>        Defendants. | |

---

### MOTION FOR ADMISSION PRO HAC VICE OF ANGELA L. HAMM

---

Pursuant to Local Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member of the bar of this Court, hereby moves that Attorney Angela L. Hamm be admitted *pro hac vice* to act as counsel for defendant Trans Union, LLC in the above-captioned matter.  In support thereof, the undersigned states as follows:

Angela L. Hamm is an attorney with the law firm of Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, Indiana 46077; Telephone: (317) 363-2400; Fax: (317) 363-2257; E-Mail: ahamm@schuckitlaw.com.

Angela L. Hamm is admitted and is a member in good standing of the following courts:

-State Bar of Indiana; Admitted 11/08/1999; Roll of Attorneys, 402 West Washington Street, Room W062, Indianapolis, IN 46204
-United States District Court for the Southern District of Indiana; Admitted 11/08/1999; 46 East Ohio Street, Indianapolis, IN 46024
-United States District Court for the Northern District of Indiana; Admitted 11/08/1999; 204 South Main Street, South Bend, Indiana 46601
-United States District Court for the Western District of Wisconsin: Admitted 06/16/2011; P.O. Box 432, Madison, Wisconsin 53701

Angela L. Hamm has represented that she has not been denied admission or disciplined by any court.

An affidavit of Angela L. Hamm is attached hereto as required by Local Rule 101.1.

**Payment of Fees**

Pursuant to Local Rule 101.1, upon entry of an Order granting this Motion, Angela L. Hamm shall pay the $150.00 admission fee.  Angela L. Hamm has paid the admission fee to the New Jersey Lawyers' Fund for Client Protection.

Date:   September 29, 2011                          Respectfully submitted,


                                                               *s/William R. Brown*
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of September, 2011**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Mark D. Mailman, Esq. | Gregory J. Gorski, Esq. |
| --- | --- |
| mmailman@consumerlawfirm.com | ggorski@consumerlawfirm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of September, 2011**, properly addressed as follows:

| None | |
| --- | --- |

*s/ William R. Brown*
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*