UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Barbagli, Jr.,<br><br>        Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Services LLC, and KeyPoint Government Solutions, Inc.,<br><br>        Defendants | Civil Action No. 11-04921 (JHR)(AMD)<br><br>CERTIFICATION OF MATTHEW J. HANK IN SUPPORT OF PRO HAC VICE ADMISSION OF COUNSEL |

**MATTHEW J. HANK, ESQ., of full age, certifies as follows:**

1. I am an attorney-at-law and an associate with the law firm Littler Mendelson, P.C., with offices located at 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102.

2. I am eligible for admission to this Court and practicing in good standing as a member of the following bars:

| Bar | Admission Date | Name and Address of Official/Office Maintaining the Roll |
|---|---|---|
| Pennsylvania | 2000 | Supreme Court of Pennsylvania<br>Irene Bizzoso, Prothonotary<br>Pennsylvania Judicial Center<br>601 Commonwealth Ave., Suite 4500<br>P.O. Box 62575<br>Harrisburg, PA 17106-2575 |
| U.S. Court of Appeals for the Third Circuit | 2005 | Office of the Clerk<br>U.S. Court of Appeals for the Third Circuit<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| U.S. District Court for the Eastern District of Pennsylvania | 2004 | Clerk's Office<br>U.S. District Court<br>Eastern District of Pennsylvania<br>James A. Byrne Federal Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |

3. I further certify that I have the consent of counsel for Plaintiff and counsel for Defendant Trans Union LLC.

4. I further certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I further certify that I am familiar with the Court's Local Rules, and I acknowledge that I am within the disciplinary jurisdiction of this Court.

6. I will abide by Local Civil Rule 101.1(c).

7. In accordance with Local Rule 101.1(c), I certify that a $150.00 payment will be submitted to the Clerk, USDC, upon the filing of this certification.

8. I agree to make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by Rule 1:28-2(a) of the New Jersey Rules of Court, for any year in which I represent KeyPoint Government Solutions, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2011

Matthew J. Hank (PA 86086)
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Ph. 267.402.3000
Fax. 267.402.3131
mhank@littler.com