Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Ph: (201) 391-3737
*Attorney for Defendant Experian Information Solutions, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY (CAMDEN)

|  |  |
|---|---|
| KENNETH BARBAGLI, JR.,<br>Plaintiff,<br><br>v.<br><br><br>TRANS UNION, LLC, et al.,<br>Defendants. | Civil Action No. 1:11-cv-04921<br><br>Hon. Joseph H. Rodriguez |

### MOTION FOR ADMISSION *PRO HAC VICE* OF IRA M. KAROLL

THE UNDERSIGNED, Dorothy A. Kowal, pursuant to Local Rule of Civil Procedure 101.1(c), and as a member of the Bar of the United States District Court for the District of New Jersey, respectfully moves that Ira M. Karoll, an attorney with the firm of Jones Day, 500 Grant Street, 45th Floor, Pittsburgh, Pennsylvania, 15219, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. ("Experian").  In support of this motion I state:

1.    I am a member of the New Jersey bar in good standing.

2.    Ira M. Karoll was admitted to the Bar of the Supreme Court of the Commonwealth of Pennsylvania in April 2011 and is a member of that Bar in good standing.

3.    The address of the office maintaining the role of the Bar of the Supreme Court of the Commonwealth of Pennsylvania is Attorney Registration Office; PA Judicial Center; 601 Commonwealth Avenue, Suite 5600; PO Box 62625; Harrisburg, PA  17106.

4. Ira M. Karoll is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice. A copy of his Affidavit in support of this motion is attached hereto.

5. There are no disciplinary proceedings pending against Ira M. Karoll in any jurisdiction in which he is admitted to practice.

6. Ira M. Karoll is familiar with the Local Rules of the United States District Court for the District of New Jersey.

7. I will be responsible for the conduct of Ira M. Karoll and the case and will ensure Ira M. Karoll complies with L.Civ.R. 101.1(c).

8. Plaintiff's counsel does not object to the application by Ira M. Karoll.

I certify that I know that the applicant is a member in good standing of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and that the applicant's private and professional character is good.

WHEREFORE, his admission is moved this 10th day of November, 2011.

Respectfully submitted,

/s/ Dorothy A. Kowal
Dorothy A. Kowal, Esq.
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ  07677
Telephone:  (201) 391-3737
Fax:  (201) 391-9360
E-Mail:  dkowal@pricemeese.com
*Counsel for Defendant Experian Informatino Solutions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing the same to be served on each of the following via ECF Notification:

Gregory Gorski
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600
Attorneys for Plaintiff

Debra Albanese
TRAFLET & FABIAN
264 South Street
Morristown, NJ 07960
(973) 631-6222
Attorneys for Defendant
Equifax Information Services LLC

William R. Brown
Angela L. Hamm
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
wbrown@schuckitlaw.com
ahamm@schuckitlaw.com
Attorneys for Defendant
Trans Union, LLC

Sarah Bryan
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
(267)-402-3054
Attorneys for Defendant
Keypoint Government Solutions, Inc.

/s/ Dorothy A. Kowal
Dorothy A. Kowal, Esq.