## CERTIFICATE OF IRA M. KAROLL, ESQ. IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Ira M. Karoll, an attorney with the firm of Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, PA 15219, hereby certify, under penalty of perjury that:

1) I was admitted to the Bar of the Supreme Court of the Commonwealth of Pennsylvania in 2011 and am currently a member in good standing.

2) The address of the office maintaining the role of the Bar of the Supreme Court of the Commonwealth of Pennsylvania is Attorney Registration Office; PA Judicial Center; 601 Commonwealth Avenue, Suite 5600; PO Box 62625; Harrisburg, PA 171 06.

3) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5) I have never been subject to disciplinary proceedings as a member of the Bar in any jurisdiction.

6) I am familiar with the Local Rules of the United States District Court for the District of New Jersey.

7) I agree to submit to the Court's jurisdiction for discipline.

8) I agree to pay the Clerk's fee for admission pro hac vice and to pay the annual fee to the New Jersey Lawyer's Client Fund for Client Protection.

Under penalty of perjury, this 9th day of November, 2011.

_____
Ira M. Karoll, Esq.
(PA I.D. No. 310762)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939

## CERTIFICATE OF IRA M. KAROLL, ESQ. IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Ira M. Karoll, an attorney with the firm of Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, PA 15219, hereby certify, under penalty of perjury that:

1) I was admitted to the Bar of the Supreme Court of the Commonwealth of Pennsylvania in 2011 and am currently a member in good standing.

2) The address of the office maintaining the role of the Bar of the Supreme Court of the Commonwealth of Pennsylvania is Attorney Registration Office; PA Judicial Center; 601 Commonwealth Avenue, Suite 5600; PO Box 62625; Harrisburg, PA 171 06.

3) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5) I have never been subject to disciplinary proceedings as a member of the Bar in any jurisdiction.

6) I am familiar with the Local Rules of the United States District Court for the District of New Jersey.

7) I agree to submit to the Court's jurisdiction for discipline.

8) I agree to pay the Clerk's fee for admission pro hac vice and to pay the annual fee to the New Jersey Lawyer's Client Fund for Client Protection.

Under penalty of perjury, this 10th day of November, 2011.

_/s/ Ira Karoll_
Ira M. Karoll, Esq.
(PA I.D. No. 310762)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939