UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                    Date of proceeding: November 15, 2011

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #462

**TITLE OF CASE:**                DOCKET NO. 11cv4921(JHR/AMD)
Kenneth Barbagli, Jr.
     v.
Trans Union, LLC., et al

**APPEARANCES:**
Greg Gorski, Esq for plaintiff
Matthew Hank, Esq for defendant Keypoint Government Solutions
Sarah Bryan, Esq for defendant Keypoint Government Solutions
Dorothy Kowal, Esq for defendant Experian
Ira Karoll, Esq for defendant Experian
Debra Albanese, Esq for defendant Equifax
Angela Hamm, Esq for defendant Trans Union (via phone)

**DISPOSITION:**
Initial Scheduling Conference held on the record.
Hearing on deft Keypoint's Motion to Stay [24]
Oral Opinion read into the record
Ordered motion granted in part and denied in part
Order to be entered
Hearing on deft Experian's Motion for leave to Appear Pro Hac Vice [26]
Ordered motion granted
Order to be entered


                    DEPUTY CLERK: s/Susan Bush


Time commenced: 11:28 am         Time adjourned: 12:27 pm

            Total time in Court: 44 mins.