FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KENNETH BARBAGLI, JR.,** ) | |
| ) | **Civil Action No. 11-4921 (JHR-AMD)** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **TRANS UNION, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**AND NOW** on this ____ day of _____, 2011, upon consideration of Defendant KeyPoint Government Solutions, Inc.'s Motion to Dismiss the Complaint, and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

                                                                          _____
                                                                          RODRIGUEZ,                           J.