FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KENNETH BARBAGLI, JR.,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **TRANS UNION, LLC, et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

Civil Action No. 11-4921 (JHR-AMD)

### CERTIFICATION OF GREGORY GORSKI, ESQUIRE
### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT KEYPOINT
### GOVERNMENT SOLUTIONS, INC.'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

1. I, Gregory Gorski, Esquire, am an associate of Francis & Mailman, P.C., attorneys for Plaintiff, Kenneth Barbagli, Jr., and have knowledge of facts and circumstance in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of the KeyPoint credit report, dated February 16, 2011, that was produced with Plaintiff's initial disclosures.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's KeyPoint credit report, dated May 12, 2011, that was produced with Plaintiff's initial disclosures.

4. On or about October 21, 2011, at the request of counsel for KeyPoint, I e-mailed a copy of the KeyPoint credit report attached hereto as Exhibit "A" to KeyPoint's counsel.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                Respectfully Submitted,

                **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Gregory Gorski*
       GREGORY GORSKI
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA 19110
       (215) 735-8600

Dated: December 6, 2011          Attorneys for Plaintiff

# EXHIBIT A – FILED UNDER SEAL

# EXHIBIT B – FILED UNDER SEAL