## CERTIFICATE OF SERVICE

I, Gregory Gorski, hereby certify that, on this date, I caused a true and correct copy of Plaintiff's Brief in Opposition to Defendant KeyPoint Government Solutions, Inc.'s Motion to Dismiss the Complaint in the above matter to be served via ECF Notification upon the following:

William R. Brown, Esq.
Angela L. Hamm, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
wbrown@schuckitlaw.com
ahamm@schuckitlaw.com

*Attorneys for Defendant*
*Trans Union, LLC*

Dorothy A. Kowal, Esq.
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ  07677
dkowal@pricemeese.com

Ira M. Karoll, Esq.
Jones Day
500 Grant Street, 45th Floor
Pittsburgh, PA 15219
ikaroll@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Debra M. Albanese, Esq.
Traflet & Fabian
264 South Street
Morristown, NJ  07960
dalbanese@trafletfabian.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

Sarah P. Bryan, Esq.
Matthew J. Hank, Esq.
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
sbryan@littler.com
mhank@littler.com

*Attorneys for Defendant*
*KeyPoint Government Solutions, Inc.*


**FRANCIS & MAILMAN, P.C.**


BY:   */s/ Gregory Gorski*
     GREGORY GORSKI
     Attorneys for Plaintiff
     Land Title Building, 19th Floor
     100 South Broad Street
     Philadelphia, PA 19110
DATED: December 6, 2011     (215) 735-8600